**Order entered December 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00803-CV

### IN THE INTEREST OF A.M.G., I.V.G. AND E.G., Children

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF13-17718**

## ORDER

On September 12, 2014 we received but did not file appellant's brief in this case because the record was incomplete and appellant's brief was not yet due. Because the record had not yet been completed or filed, the brief received on September 12, 2014 does not contain appropriate citations to the clerk's or reporter's records. For this reason, some or all of appellant's issues are subject to waiver. *See* TEX. R. APP. P. 38.1(i); *Keyes Helium Co. v. Regency Gas Servs., L.P.*, 393 S.W.3d 858, 861 (Tex. App.—Dallas 2012, no pet.).

By order dated September 22, 2014 we granted the court reporter's request for an extension of time to file the reporter's record, ordered the reporter's record filed by September 29, 2014 and notified appellant that appellant's brief would be due within thirty days of the filing of the reporter's record. By postcard dated September 26, 2014, we notified appellant the reporter's record had been filed. By postcard dated October 28, 2014 we notified appellant the

time for filing appellant's brief had expired and directed appellant to file a brief and an extension motion within ten days. To date appellant has not responded.

Accordingly, **IF** appellant does not file an amended brief with appropriate citations to the reporter's record within **TEN DAYS** of the date of this order, appellant's brief received on September 12, 2014 is **ORDERED** filed as of December 30, 2014, and the appeal will be submitted on that brief subject to the waiver provisions of rule of appellate procedure 38.1(i).

Appellee's brief is due **FORTY-FIVE DAYS** from the date of this order.

/s/  CAROLYN WRIGHT
   CHIEF JUSTICE